371 A.2d 863
Commonwealth v. Poe, Appellant.

Submitted February 17, 1976. Ernest Kardas, Assistant Public Defender, and Kenneth P. Barrow, Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, and Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

JACOBS, J., dissents.

371 A.2d 863
Commonwealth v. Price, Appellant.

Submitted March 22, 1976. Lois B. Anderson, Assistant Public Defender, and William F. Ochs, Jr., Public Defender, for appellant; Charles M. Guthrie, Jr., Assistant District Attorney, and Grant E. Wesner, Deputy District Attorney, for Commonwealth, appellee.

Order affirmed.